PEOPLE v. GIBBS. Appeal from Kent, Roman J. Snow, J. Submitted Division 3 June 15, 1971, at Detroit. (Docket No. 10866.) Decided July 30, 1971. Leave to appeal applied for August 13, 1971. Leave to appeal denied, 386 Mich 758.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Chief Appellate Attorney, for the people.

*Gordon A. Doherty,* for defendant on appeal.

Before: McGREGOR, P. J., and BRONSON and DANHOF, JJ.

MEMORANDUM OPINION. Defendant pled guilty to the sale of narcotics (heroin) without having a license therefor.** He appeals, and the people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

---

* MCLA § 750.89 (Stat Ann 1962 Rev § 28.284).
** MCLA § 335.152 (Stat Ann 1957 Rev § 18.1122).

A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so insubstantial as to warrant no argument or formal submission.

Accordingly, the motion to affirm is granted.